USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/3/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIM INC.,

          Plaintiff,

-against-

KARMA INTERNATIONAL, LLC,

          Defendant.

19 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 9, 2019, the Court ordered the parties to submit a joint status letter by March 2, 2020, in advance of the case management conference scheduled for March 9, 2020. ECF No. 49 ¶ 16. That submission is now overdue. Accordingly, it is ORDERED that by **March 4, 2020**, at **5:00 p.m.**, the parties shall submit their joint status letter.

    SO ORDERED.

Dated: March 3, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge