UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/6/2020_____

MAXIM INC.,

        Plaintiff,

-against-

KARMA INTERNATIONAL, LLC,

        Defendant.

19 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On March 3, 2020, the Court noted that the parties had been ordered to submit by March 2, 2020 a joint letter in advance of the case management conference scheduled for March 9, 2020, and had failed to do so. ECF No. 54. The Court ordered the parties to file the overdue submission by March 4, 2020. *Id.* That submission, too, is now overdue.

  Accordingly, the case management conference scheduled for March 9, 2020, is ADJOURNED to **March 19, 2020**, at **11:20 a.m.** It is ORDERED that by **March 12, 2020**, the parties shall submit a joint status letter.

  SO ORDERED.

Dated: March 6, 2020
   New York, New York

          _____
          ANALISA TORRES
          United States District Judge