USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/9/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIM INC.,

                Plaintiff,

-against-

KARMA INTERNATIONAL, LLC,

                Defendant.

19 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is ORDERED that the case management conference scheduled for March 19, 2020, shall proceed telephonically. The parties are directed to call chambers at (212) 805-0293 on **March 19, 2020**, at **11:20 a.m.** with both parties on the line.

      SO ORDERED.

Dated: March 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge