USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/13/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIM INC.,

            Plaintiff,

-against-                           19 Civ. 4582 (AT)

KARMA INTERNATIONAL, LLC,           **ORDER**

            Defendant.

ANALISA TORRES, District Judge:

      On March 3, 2020, the Court noted that the parties had been ordered to submit by March 2, 2020 a joint letter in advance of the case management conference scheduled for March 9, 2020, and had failed to do so. ECF No. 54. The Court ordered the parties to file the overdue submission by March 4, 2020. *Id.* That submission also was not filed on time. On March 6, 2020, the Court adjourned the upcoming case management conference, and ordered the parties to file their overdue submission by March 12, 2020. ECF No. 55.

      That submission, too, is now overdue. The case management conference scheduled for March 19, 2020, is ADJOURNED to **April 2, 2020**, at **11:40 a.m.** The conference shall proceed telephonically — the parties are directed to call chambers at (212) 805-0293 at 11:40 a.m. on April 2, with both parties on the line. By **March 26, 2020**, the parties shall submit their joint status letter. The Court will not look favorably on any further missed deadlines.

      SO ORDERED.

Dated: March 13, 2020
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge