| UNITED STATES DISTRICT COURT | USDC SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| MAXIM INC., | ELECTRONICALLY FILED |
| | DOC #: _____ |
| | DATE FILED: _4/1/2020_____ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIM INC.,

                          Plaintiff,

        -against-                                  19 Civ. 4582 (AT)

KARMA INTERNATIONAL, LLC,              **ORDER**

                          Defendant.

ANALISA TORRES, District Judge:

       On March 3, 2020, the Court noted that the parties had been ordered to submit by March 2, 2020 a joint letter in advance of the case management conference scheduled for March 9, 2020, and had failed to do so. ECF No. 54. The Court ordered the parties to file the overdue submission by March 4, 2020. *Id.* That submission also was not filed on time. On March 6, 2020, the Court adjourned the upcoming case management conference, and ordered the parties to file their overdue submission by March 12, 2020. ECF No. 55. The parties did not file that submission on time either. The Court adjourned the case management conference once again, to April 2, 2020, and ordered the parties to file their joint letter by March 26, 2020. ECF No. 58. The parties have, once again, failed to file that submission.

       The parties have now missed four deadlines to file a letter in advance of the case management conference. The case management conference scheduled for April 2, 2020 is ADJOURNED to **April 13, 2020**, at **11:40 a.m.** By **April 6, 2020**, the parties shall file a joint status letter. If the parties fail to do so, the Court may issue an order to show cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

       SO ORDERED.

Dated: April 1, 2020
       New York, New York

                                                    ANALISA TORRES
                                       United States District Judge