```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/20/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MAXIM INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:19-cv-04582-AT |
| KARMA INTERNATIONAL, LLC, | § § § | |
| Defendant. | § | |

## ORDER GRANTING STIPULATION OF DISMISSAL

The Court having considered Plaintiff Maxim Inc. ("Plaintiff") and Defendant Karma International, LLC's ("Defendant") Stipulation of Dismissal pursuant to Rule 41 and the files and pleadings herein, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff and Defendant, with each Party to bear its own costs and attorneys' fees.

All pending motions are moot.  All conferences are vacated.

All other relief not expressly granted herein is denied.

SO ORDERED.

Signed this  20th  of April 2020.

_____
ANALISA TORRES
United States District Judge